Argued and submitted September 7, review dismissed as improvidently granted
November 7, 1989

MULTNOMAH COUNTY,
*Petitioner on Review,*

*v.*

CITY OF FAIRVIEW et al,
*Respondents on Review.*

(LUBA 88-076; CA A50861; SC S36165)

781 P2d 1213

Argued and submitted September 7, 1989.

John L. DuBay, Assistant County Counsel, Portland, argued the cause for petitioner on review Multnomah County. With him on the petition and supplemental petition in response to questions by the court was Laurence Kressel, County Counsel for Multnomah County, Portland.

William L. Brunner, Portland, argued the cause and filed a memorandum of law in response to questions by the court for respondent on review City of Fairview.

John Spencer Stewart, Portland, argued the cause for respondent on review Don Toombs Trucking, Inc. With him on the response and memorandum of law in response to questions by the court were Peter P. Adamco and Michael R. Beyer, and Stafford, Frey, Cooper & Stewart, Portland.

MEMORANDUM OPINION

Review dismissed as improvidently granted.